**Thomas E. GAGHAN, Jr., Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

**No. 2006–3286.**

United States Court of Appeals, Federal Circuit.

Oct. 3, 2007.

Joseph J. Chester, Caplan & Chester, of Pittsburgh, PA, argued for petitioner.

Anuj Vohra, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With him on the brief were Peter D. Keisler, Acting Attorney General, Jeanne E. Davidson, Director, Steven J. Gillingham, Assistant Director, and Steven M. Mager, Attorney.

Before BRYSON, Circuit Judge, CLEVENGER, Senior Circuit Judge, and MOORE, Circuit Judge.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R.36